GOVERNMENT EMPLOYEES INSURANCE CO., INC.
v. HAWTHORNE H. BYRD.

May 5, 1980.

Petition for certification denied.


FREDERICK H. SPITZHOFF v. DAVID ZOLKIN.

May 5, 1980.

Petition for certification denied.


BARCON ASSOCIATES, INC. v. TRI–COUNTY
ASPHALT CORPORATION.

May 5, 1980.

Petition for certification granted.   (See 172 *N.J.Super.* 186)